UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| THE DISTRICT DENTAL SOCIETY OF THE FIRST JUDICIAL DISTRICT, D/B/A THE NEW YORK COUNTY DENTAL SOCIETY<br><br>Plaintiffs,<br><br>- against -<br><br>THE NEW YORK COUNTY DENTAL ASSOCIATION, INC., ELLIOTT MOSKOWITZ, MELVYN LEIFERT, and ROBERT RAIBER<br><br>Defendants. | Case No.<br><br>**PLAINTIFF'S STATEMENT PURSUANT TO RULE 7.1** |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for the District Dental Society of the First Judicial District, d/b/a New York County Dental Society certifies that Plaintiff is a not-for-profit corporation. As a matter of law, Plaintiff does not have any shareholders and does not issue any stock.

Dated: New York, New York
       June 2, 2008

HOLLAND & KNIGHT LLP

By: _____
    Sean C. Sheely
195 Broadway
New York, New York 10007
(212) 513-3200

Attorneys for Plaintiff
The District Dental Society of the First
Judicial District, d/b/a New York County
Dental Society

# 5374830_v1