# Holland & Knight

Tel 212 513 3200
Fax 212 385 9010

Holland & Knight LLP
195 Broadway, 24th Floor
New York, NY 10007-3189
www.hklaw.com



Sean C. Sheely
212 513 3538
sean.sheely@hklaw.com

June 11, 2008

**BY FAX**

Honorable Laura Taylor Swain
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 755
New York, New York 10007-1312



MEMO ENDORSED

Re: The District Dental Society of the First Judicial District, v. the New York County Dental Association, 08 CIV 5062 (LTS)(MHD)

Your Honor:

    We represent Plaintiff the District Dental Society of the First Judicial District, d/b/a the New York County Dental Society, in the above-referenced matter. We submit this correspondence on behalf of both parties to advise the Court that the parties are engaged in discussions to narrow the potential issues in dispute. In light of the fact that the outcome of those discussions could change the scope and timing of the case, we respectfully request additional time to report to the Court next week on an appropriate schedule.

Respectfully submitted,

Sean C. Sheely

cc: Tamar Y. Duvdevani, Esq.

*The parties' time to report is extended to June 20, 2008.*

SO ORDERED.

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

# Letter to Judge Swain re_v resolution