# Holland & Knight

Tel 212 513 3200
Fax 212 385 9010

Holland & Knight LLP
195 Broadway, 24th Floor
New York, NY 10007-3189
www.hklaw.com

Sean C. Sheely
212 513 3538
sean.sheely@hklaw.com

June 20, 2008

**BY FAX**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 2 3 2008

Honorable Laura Taylor Swain
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 755
New York, New York 10007-1312

**MEMO ENDORSED**

Re: The District Dental Society of the First Judicial District, v. the New York County Dental Association, 08 CIV 5062 (LTS)(MHD)

Your Honor:

We represent Plaintiff, the District Dental Society of the First Judicial District, d/b/a the New York County Dental Society, in the above-referenced matter. We submit this correspondence on behalf of both parties to report that as per the Court's instructions the parties have met in good faith to agree on a proposed joint schedule but have been unable to reach agreement.

We respectfully request a conference with Your Honor to discuss this matter.

Respectfully submitted,

Sean C. Sheely /ABK

Sean C. Sheely

cc: Tamar Y. Duvdevani, Esq.

By Tuesday 24 June 2008, each side must fax to the undersigned's chambers a letter setting forth its scheduling proposal and the rationale therefor.

# 5415678_v1

Copies mailed/faxed to P/A's Counsel
Chambers of Judge Swain       6-23-08

SO ORDERED.

LAURA TAYLOR SWAIN  6/20/08
UNITED STATES DISTRICT JUDGE