**AFFIDAVIT OF SERVICE**

Index #: __08 CIV 5062__
Date Purchased: __June 3, 2008__
Date Filed: _____
Court Date: _____

**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK COUNTY**

ATTORNEY(S): SEAN C. SHEELY ESQ. : HOLLAND & KNIGHT LLP    PH: 212-513-3200
ADDRESS: 195 BROADWAY  NEW YORK  NY  10007    File No.:

**THE DISTRICT DENTAL SOCIETY OF THE FIRST JUDICIAL DISTRICT, D/B/A THE NEW YORK COUNTY**
*Plaintiff(s)/Petitioner(s)*
vs.
**THE NEW YORK COUNTY DENTAL ASSOCIATION, INC., et al.,**
*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF NASSAU    SS.:

__HARRY TORRES__, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On __June 20, 2008__ at __3:00 PM__ at __630 FIFTH AVENUE  STE 1809  NEW YORK, NEW YORK 10111__, deponent served the within **Summons In A Civil Action and Complaint**

with Index Number __08 CIV 5062__, and Date Purchased __June 3, 2008__ endorsed thereon,

on: **ROBERT RAIBER**, __Defendant__ therein named.

#1 INDIVIDUAL [X] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 CORPORATION [ ] By delivering to and leaving with _____ and that deponent knew the person so served to be Managing Agent of the corporation, and authorized to accept service on behalf of the corporation.

*Service was made in the following manner after your deponent was unable, with due diligence, to serve the witness/defendant in person, and an attempt to locate the defendant's place of employment.*

#3 SUITABLE AGE PERSON [ ] By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR [ ] By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

#5 MAIL COPY [ ] On _____, deponent completed service under the last two sections by depositing a copy of the _____ to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. Certified Mail No. _____

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called

thereat on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

#6 NON-SRVC [ ] After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address  [ ] Evading  [ ] Moved left no forwarding  [ ] Address does not exist  [ ] Other: _____

#7 DESCRIPTION [X] A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3) Sex __Male__  Color of skin __White__  Color of hair __Brown__  Age __51 - 65 Yrs.__  Height __5' 4" - 5' 8"__
Weight __131 - 160 Lbs.__  Other Features: _____

#8 WIT FEES [ ] the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#9 MILITARY SRVC [X] Deponent asked person spoken to whether the defendant was presently in military service of the United States Government or of the State of New York and was informed that defendant was not.

#10 OTHER [ ]

Sworn to before me on this __26__ day of __June, 2008__

BARBARA A. SHURGIN
NOTARY PUBLIC, State of New York
No. 30-5004737, Qualified in Nassau County
Commission Expires November 23, 2010

HARRY TORRES
Server's Lic # 0915257
Invoice•Work Order # 0825130

*CAPITAL PROCESS SERVERS, INC. 265 POST AVENUE SUITE 150, WESTBURY, NY 11590 -TEL 516-333-6380 • FAX 516-333-6382*

AO 440 (Rev. 8/01) Summons in a Civil Action

JUDGE SWAIN

# UNITED STATES DISTRICT COURT

Southern District of New York

THE DISTRICT DENTAL SOCIETY OF THE
FIRST JUDICIAL DISTRICT, D/B/A THE
NEW YORK COUNTY DENTAL SOCIETY

Plaintiffs,

V.

THE NEW YORK COUNTY DENTAL ASSOCIATION,
INC., ELLIOTT MOSKOWITZ,
MELVYN LEIFERT, and ROBERT RAIBER

Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CIV 5062

TO: (Name and address of Defendant)

New York County Dental Association
11 Fifth Ave.
New York, NY 10003

Dr. Elliott Moskowitz
11 Fifth Avenue
New York, New York 10003

Dr. Robert Raiber
630 Fifth Ave., Ste. 1809
New York, NY 10111

Dr. Melvyn Leifert
30 Fifth Avenue
New York, NY 10011

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Sean C. Sheely
HOLLAND & KNIGHT LLP
195 Broadway
New York, New York 10007

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE   JUN 03 2008