UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE DISTRICT DENTAL SOCIETY OF THE FIRST JUDICIAL DISTRICT, D/B/A THE NEW YORK COUNTY DENTAL SOCIETY,<br><br>       Plaintiff,<br><br>  -against-<br><br>THE NEW YORK COUNTY DENTAL ASSOCIATION, INC., ELLIOTT MOSKOWITZ, MELVYN LEIFERT, and ROBERT RAIBER,<br><br>       Defendants. | Case No. 08 CV 05062-LTS-MHD |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD**:

  Enter my appearance as counsel in this case on behalf of all defendants: The New York County Dental Association, Inc., Elliott Moskowitz, Melvyn Leifert, and Robert Raiber. I certify that I am admitted to practice in the Southern District of New York.

Dated: New York, New York
    July 8, 2008

                **NIXON PEABODY LLP**

                By: /s/ Tamar Y. Duvdevani
                   Tamar Y. Duvdevani (TD-1974)

                437 Madison Avenue
                New York, New York 10022
                (212) 940-3000
                tduvdevani@nixonpeabody.com

                *Attorneys for Defendants*

11076697.1