UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE DISTRICT DENTAL SOCIETY OF THE
FIRST JUDICIAL DISTRICT, D/B/A THE NEW
YORK COUNTY DENTAL SOCIETY,

                Plaintiff,

-against-                      Case No. 08 CV 05062-LTS-MHD

THE NEW YORK COUNTY DENTAL
ASSOCIATION, INC., ELLIOTT MOSKOWITZ,
MELVYN LEIFERT, and ROBERT RAIBER,

                Defendants.

## DEFENDANT'S DISCLOSURE STATEMENT
## PURSUANT TO RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure Defendant The New York County Dental Association ("NYCDA"), by its counsel, Nixon Peabody LLP, affirms that Defendant NYCDA is not a publicly held company that does not have a parent corporation that owns 10% or more of its stock.

Dated: New York, New York
         July 8, 2008

                                          NIXON PEABODY LLP

                                          /s/ Tamar Duvdevani
                                          Tamar Y. Duvdevani (TD-1974)
                                          437 Madison Avenue
                                          New York, NY 10021
                                          (212) 940-3124
                                          tduvdevani@nixonpeabody.com

11076687.1