```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
THE DISTRICT DENTAL SOCIETY
OF THE FIRST JUDICIAL DISTRICT,         :

               Plaintiff,               :    ORDER

          -against-                     :    08 Civ. 5062 (LTS)(MHD)

THE NEW YORK COUNTY DENTAL              :
ASSOCIATION, INC., et al.,
                                        :
               Defendants.
------------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby

ORDERED that an initial conference has been scheduled in the above-captioned action on **TUESDAY, JULY 15, 2008, at 2:00 PM**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

Dated: New York, New York
       July 8, 2008

                                        SO ORDERED.

                                        _____
                                        MICHAEL H. DOLINGER
                                        UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent today to:

Sean C. Sheely, Esq.
Holland & Knight, LLP
195 Broadway
Jacksonville, FL 32202

Tamar Duvdevani, Esq.
Nixon Peabody LLP
437 Madison Avenue
New York, NY 10022-7001