UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
THE DISTRICT DENTAL SOCIETY
OF THE FIRST JUDICIAL DISTRICT,     :

       Plaintiff,     :     **ORDER**

    -against-     :     08 Civ. 5062 (LTS)(MHD)

THE NEW YORK COUNTY DENTAL          :
ASSOCIATION, INC., et al.,
                                        :

       Defendants.
------------------------------------x

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

    A conference having been held with counsel for the respective parties today,

    It is hereby **ORDERED** as follows:

    1. The parties are to serve their document requests by no later than **FRIDAY, JULY 18, 2008**.

    2. All fact discovery is to be completed by **MONDAY, SEPTEMBER 1, 2008**.

    3. Plaintiff is to designate expert(s), if any, and provide expert reports, if any, by **FRIDAY, SEPTEMBER 12, 2008**. All expert

discovery is to be completed by **TUESDAY, SEPTEMBER 30, 2008**.

4. The parties are to file dispositive motions, if any, by **FRIDAY, OCTOBER 31, 2008**. See attached scheduling order.

Dated: New York, New York
       July 15, 2008

                                    SO ORDERED.

                                    _____
                                    MICHAEL H. DOLINGER
                                    UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent today to:

Sean C. Sheely, Esq.
Holland & Knight, LLP
195 Broadway
New York, NY 10007

Tamar Duvdevani, Esq.
Nixon Peabody LLP
437 Madison Avenue
New York, NY 10022-7001