# Holland Knight



Tel   212 513 3200
Fax  212 385 9010

Holland & Knight LLP
195 Broadway 24th Floor
New York NY 10007-3189
www.hklaw.com



**Amy Kletnick**
212 513 3418
amy.kletnick@hklaw.com

August 12, 2008

**BY HAND**

Hon. Michael H. Dolinger
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1670
New York, New York 10007

Re:   The District Dental Society of the First Judicial District, v. the New York County
Dental Association, 08 CIV 5062 (LTS)(MHD)

Your Honor:

We represent Plaintiff, the District Dental Society of the First Judicial District, d/b/a the New York County Dental Society in the above-referenced matter.

We write to request that the Court "so order" the parties agreed schedule with respect to Defendant's motion, dated July 30, 2008, to dismiss counts II, III, IV, V and VI of the complaint. Plaintiff's opposition papers are currently due on August 13, 2008. However, the parties have agreed to an extension and to the following briefing schedule: Plaintiff's opposition papers to Defendants' motion to dismiss shall be served and filed by September 10, 2008; and Defendants' reply thereto shall be served and filed by October 1, 2008.

This is the Plaintiff's first request for an extension of time. Accordingly, the Plaintiff respectfully request that the Court "so order" the stipulated briefing schedule as agreed to by the parties.

Respectfully submitted,

Amy B. Kletnick

cc:   Tamar Y. Duvdevani, Esq. (via email)
      Andrew C. Rose (via email)

# 5532591_v1

*ENDORSED ORDER*

*Application granted.*

*8/13/08*