RECEIVED
AUG 29 2008

DOLINGER, M.J.

9/2/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE DISTRICT DENTAL SOCIETY OF THE
FIRST JUDICIAL DISTRICT, D/B/A THE NEW
YORK COUNTY DENTAL SOCIETY

                               Plaintiffs,

- against -

THE NEW YORK COUNTY DENTAL
ASSOCIATION, INC., ELLIOTT MOSKOWITZ,
MELVYN LEIFERT, and ROBERT RAIBER

                               Defendants.

Case No. 08-CV-5062 (LTS) (MHD)

**STIPULATED PROTECTED ORDER**

IT IS HEREBY STIPULATED, by and between counsel for Plaintiff and Defendants, that in response to Plaintiff's request for documents the Defendants shall produce to Plaintiff's counsel and designate as confidential a copy of the draft by-laws of the Manhattan Dental Association f/k/a The New York County Dental Association, Inc. Plaintiff's counsel shall not disclose such draft by-laws to the officers, directors, members and/or employees of Plaintiff.

Date: August 26, 2008

                                              Sean C. Sheely
                                              Amy B. Kletnick
                                              HOLLAND & KNIGHT LLP
                                              195 Broadway
                                              New York, New York 10007
                                              (212) 513-3200

                                              Attorneys for Plaintiff

Date: August 26, 2008

                                              Tamar Y. Duvdevani
                                              NIXON PEABODY LLP
                                              437 Madison Avenue
                                              New York, New York 10022
                                              (212) 940-3000

                                              Attorneys for Defendants

IT IS SO ORDERED.

Date: September 2, 2008

_____
United States Magistrate Judge

# 5565619_v2